ORIGINAL     CV 12-00267 JMS-KSC



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 18, 2012

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]   ORDER SETTING STATUS CONFERENCE

   for **Monday, August 20, 2012** at 9:00 a.m. before:

   [ ]   Magistrate Judge Barry M. Kurren in Courtroom 7

   [✔]   Magistrate Judge Kevin S.C. Chang in Courtroom 5

   [ ]   Magistrate Judge Richard L. Puglisi in Courtrooom 6

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii:

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Friday, May 18, 2012.

               /s/ Susan Mollway
               Chief, U.S. District Judge


I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date___May 18, 2012_____   Signature _____
                             Atty ( ) Secy ( ) Messenger ( )


**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.  PLEASE DO NOT REMOVE.**